## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**In re SCRIPTPRO LLC.**

No. 2011–1139.

United States Court of Appeals,
Federal Circuit.

Aug. 5, 2011.

Rehearing Denied Oct. 5, 2011.

**Henry F. GILCHRIST, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2011–7113.

United States Court of Appeals,
Federal Circuit.

Aug. 5, 2011.

Dan Cleveland, Jr., Lathrop & Gage, LLP, of Boulder, CO, argued for appellant. With him on the brief was David J. Lee.

Kristi L.R. Sawert, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for the Director of the United States Patent and Trademark Office. With her on the brief were Raymond T. Chen, Solicitor, and Nathan K. Kelley, Associate Solicitor.

LOURIE, MOORE, and REYNA, Circuit Judges.

